CARLISLE, *Appellant*, v. RUSSELL *et al.*

Division One, March 12, 1895.

127  465
146  113

Appellate Practice: ABSTRACT OF RECORD: DISMISSAL OF APPEAL.
    Where appellant fails to file anything which is or purports to be an abstract of the record, the appeal will be dismissed under rule 12 of the supreme court.

*Appeal from St. Louis County Circuit Court.*—HON. RUDOLPH HIRZEL, Judge.

APPEAL DISMISSED.

*W. C.* and *J. C. Jones* for appellant.

*Wm. F. Broadhead* and *Broadhead & Hezel* for respondent.

BRACE, P. J.—The appellant having failed to file in this case anything which is, or purports to be, an abstract of the record, as required by rule 12, the appeal ought to be, and is, dismissed. All concur.